# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>ALVETTA ELAINE DONALD<br><br><br><br>Debtor(s) | Case No. 19-30067-WRS<br>Chapter 13 |

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE RULED UPON UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee, in the above-styled case, and objects to Court Claim #12 of Us Bank Trust Na. As grounds for said objection, the Trustee states as follows:

The Debtor's Motion to Approve and/or Modify Mortgage was granted by this Honorable Court on December 17, 2019. As a result, the account would have been brought current, with the remaining debt being paid outside the Chapter 13 plan. Accordingly, the creditor's claim is no longer due to be paid through the Chapter 13 plan.

WHEREFORE, the Trustee objects to Court Claim #12 of Us Bank Trust Na, and moves this Honorable Court to reduce the claim to the amount paid, with a balance of zero, and for any such other relief as this Court deems proper.

Respectfully submitted this Tuesday, March 17, 2020.

                                                Sabrina L. McKinney
                                                Chapter 13 Standing Trustee

                                       By: /s/ *Sabrina L. McKinney*
                                                Sabrina L. McKinney
                                                Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone:(334) 262-8371
Fax:(334) 262-8599
Email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Court Claim #12 of Us Bank Trust Na on the parties listed below by either electronic mail or by First-Class U.S. Mail, postage prepaid and properly addressed, this Tuesday, March 17, 2020.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Trustee

Copy to:  ALVETTA ELAINE DONALD
           US BANK TRUST NA
           DAVID WESTON