## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                    Case No. 19−30067
                                                                         Chapter 13

Alvetta Elaine Donald ,

     Debtor.

### ORDER SUSTAINING OBJECTION TO CLAIM(S)

     An objection was filed to the claim(s) of *U. S. Bank Trust, N.A.*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

     **ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated April 19, 2020

William R. Sawyer
United States Bankruptcy Judge